■ SHAWN DELL et al., Plaintiffs, v TURNER CONSTRUCTION COMPANY et al., Defendants. PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Third-Party Plaintiff-Respondent, v JOHN P. MORONEY et al., Third-Party Defendants-Appellants. [750 NYS2d 67] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered June 13, 2002, which, to the extent appealed from, denied third-party defendants' motion for summary judgment dismissing the third-party complaint, unanimously affirmed, without costs.

Summary judgment dismissing the third-party complaint was properly denied in view of triable issues of fact (*see Zuckerman v City of New York*, 49 NY2d 557, 562) as to whether plaintiff's injury was in some measure attributable to the condition of the stairs in the third-party defendants' home. The affidavit of third-party plaintiff's expert raises a triable issue as to whether there was a defective riser in third-party defendants' staircase that caused plaintiff to fall down the staircase. While third-party defendants question the credibility of third-party plaintiff's expert, such credibility issues are properly reserved for the trier of fact (*see Alvarez v New York City Hous. Auth.*, 295 AD2d 225). Concur—Mazzarelli, J.P., Rosenberger, Rubin and Gonzalez, JJ.